# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1930
LT Case No. 2019-CF-019150-AX

_____

RICHARD JOHN STORK,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Tesha Ballou, Judge.

Lori Wurtzel, of Wurtzel Law, PLLC, Winter Park, for Appellant.

Ashley Moody, Attorney General, Tallahassee, Rebecca Rock
McGuigan and Roberts J. Bradford, Jr., Assistant Attorneys
General, Daytona Beach, for Appellee.

September 12, 2023

PER CURIAM.

    AFFIRMED.

JAY, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____